**Michael J. Farrell**, OSB No. 902587
mfarrell@martinbischoff.com
**Thomas W. Purcell**, OSB No. 114938
tpurcell@martinbischoff.com
MARTIN BISCHOFF TEMPLETON LANGSLET & HOFFMAN LLP
888 SW Fifth Avenue, Suite 900
Portland, OR 97204
Telephone: (503) 224-3113
Facsimile: (503) 224-9471

      Attorneys for Defendants JPMorgan Chase Bank, N.A.
      and Deutsche Bank Trust Company Americas, as Trustee

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| ROBYNNE A. FAULEY, an individual,<br><br>    Plaintiff,<br><br>  v.<br><br>WASHINGTON MUTUAL BANK, FA;<br>RESIDENTIAL FUNDING COMPANY,<br>LLC; DEUTSCHE BANK TRUST<br>COMPANY AMERICAS AS TRUSTEE;<br>LNV CORPORATION; and DOES 1-20,<br><br>    Defendants. | Case No. 3:13-cv-00581-AC<br><br>CORPORATE DISCLOSURE<br>STATEMENT OF JPMORGAN CHASE<br>BANK, N.A. AND DEUTSCHE BANK<br>TRUST COMPANY AMERICAS, AS<br>TRUSTEE |

      Pursuant to Fed.R.Civ.P. 7.1, Defendants JPMorgan Chase Bank, N.A., as acquirer of assets and certain liabilities of Washington Mutual Bank, formerly known as Washington Mutual Bank, F.A., from the Federal Deposit Insurance Corporation, as receiver ("Chase"), wrongly named in this action as "Washington Mutual Bank, FA," and Deutsche Bank Trust Company Americas, as Trustee ("DBTCA") (collectively "Defendants"), provide the following information:

///

Page 1 -  CORPORATE DISCLOSURE STATEMENT OF JPMORGAN CHASE BANK, N.A. AND DEUTSCHE BANK TRUST COMPANY AMERICAS, AS TRUSTEE

MARTIN, BISCHOFF, TEMPLETON,
LANGSLET & HOFFMAN LLP
Attorneys at Law
888 SW Fifth Avenue, Suite 900
Portland, OR  97204
Telephone (503) 224-3113
Fax (503) 224-9471

### JPMorgan Chase Bank, N.A.

1.   PARENT CORPORATION:  JPMorgan Chase Bank, N.A., is a national association which is a wholly owned subsidiary of JPMorgan Chase & Co., which is a publicly traded corporation.

2.   PUBLICLY HELD CORPORATIONS OWNING 10% OR MORE OF STOCK: No publicly held corporation owns ten percent (10%) or more of JPMorgan Chase & Co.'s stock.

### Deutsche Bank Trust Company America, as Trustee

1.   PARENT CORPORATION:  Deutsche Bank Trust Company America is a wholly owned subsidiary of Deutsche Bank Trust Corporation, which is a wholly owned subsidiary of Taunus Corporation, which is a wholly owned subsidiary of Deutsche Bank AG, which is a publicly traded corporation.

2.   PUBLICLY HELD CORPORATIONS OWNING 10% OR MORE OF STOCK: No publicly held corporation owns 10% or more of Deutsche Bank AG's stock.

DATED:  April 11, 2013

MARTIN, BISCHOFF, TEMPLETON,
  LANGSLET & HOFFMAN LLP


By:_____
   **Michael J. Farrell**, OSB No. 902587
   mfarrell@martinbischoff.com
   **Thomas W. Purcell**, OSB No. 114938
   tpurcell@martinbischoff.com
   Telephone: 503-224-3113
   Facsimile:  503-224-9471
   888 SW Fifth Avenue, Suite 900
   Portland, Oregon  97204
   Telephone:  503.224.3113
   Facsimile:  503.224.9471
   Attorneys for Defendants JPMorgan Chase Bank, N.A. and Deutsche Bank Trust Company Americas, as Trustee

Page 2 -  CORPORATE DISCLOSURE STATEMENT OF JPMORGAN CHASE BANK, N.A. AND DEUTSCHE BANK TRUST COMPANY AMERICAS, AS TRUSTEE

MARTIN, BISCHOFF, TEMPLETON,
LANGSLET & HOFFMAN LLP
Attorneys at Law
888 SW Fifth Avenue, Suite 900
Portland, OR  97204
Telephone (503) 224-3113
Fax (503) 224-9471

CERTIFICATE OF SERVICE

      I hereby certify that, on this date, I filed the foregoing CORPORATE DISCLOSURE STATEMENT OF JPMORGAN CHASE BANK, N.A. AND DEUTSCHE BANK TRUST COMPANY AMERICAS, AS TRUSTEE via the U.S. District Court's CM/ECF Electronic Filing System.

      I further certify that by filing said document via U.S. District Court's CM/ECF Electronic Filing System, a copy thereof was served by either electronic notice through ECF or by mailing to said individuals a true copy thereof, addressed to their last known regular address and deposited in the Post Office at Portland, Oregon as on the following parties:

David P. Smith  
The Smith Firm, PC  
1754 Willamette Falls Drive  
West Linn, Oregon  97068

Telephone:  503.657.6550  
Facsimile:  866.710.0666  
Email:  dave@thesmithfirmpc.com

      Attorneys for Plaintiff

Christopher A. Wright  
Watt Tieder Hoffar & Fitzgerald  
1215 – 4th Avenue, Suite 2210  
Seattle, Washington  98161

Telephone:  206.204.5800  
Facsimile:  206.204.0284  
Email:  cwright@wthf.com

      Attorneys for LNV Corporation

DATED:  April 11, 2013.      MARTIN, BISCHOFF, TEMPLETON,  
                                       LANGSLET & HOFFMAN LLP

                                       By:     /s/Thomas W. Purcell  
                                        **Michael J. Farrell**, OSB No. 902587  
                                        mfarrell@martinbischoff.com  
                                        **Thomas W. Purcell**, OSB No. 114938  
                                        tpurcell@martinbischoff.com  
                                        Telephone: 503-224-3113  
                                        Facsimile:  503-224-9471  
                                        888 SW Fifth Avenue, Suite 900  
                                        Portland, Oregon  97204  
                                        Telephone:  503.224.3113  
                                        Facsimile:  503.224.9471  
                                        Attorneys for Defendants JPMorgan Chase  
                                        Bank, N.A. and Deutsche Bank Trust  
                                        Company Americas, as Trustee

Page 3 -  CORPORATE DISCLOSURE STATEMENT OF JPMORGAN CHASE BANK, N.A. AND DEUTSCHE BANK TRUST COMPANY AMERICAS, AS TRUSTEE

MARTIN, BISCHOFF, TEMPLETON,  
LANGSLET & HOFFMAN LLP  
Attorneys at Law  
888 SW Fifth Avenue, Suite 900  
Portland, OR  97204  
Telephone (503) 224-3113  
Fax (503) 224-9471