IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**ROBYNNE A. FAULEY**,

    Plaintiff,

  v.

**WASHINGTON MUTUAL BANK, FA;
RESIDENTIAL FUNDING COMPANY,
LLC; DEUTSCHE BANK TRUST
COMPANY AMERICAS AS TRUSTEE;
LNV CORPORATION; and DOES 1–20,**

    Defendants.

No. 3:13-cv-00581-MO

OPINION AND ORDER

**MOSMAN, J.**,

    Plaintiff Robynne Fauley alleges violations of the Uniform Unfair Trade Practices Act and fraud in connection with her residential mortgage loan. I dismissed [35] Ms. Fauley's first amended complaint without prejudice to allow her to amend her complaint to conform to federal pleading standards. I now find Ms. Fauley's second amended complaint [39] similarly does not state a plausible claim for relief. Therefore I GRANT Defendant LNV Corporation's [50] and

1 – OPINION AND ORDER

Deutsche Bank's [51] motions to dismiss Ms. Fauley's UTPA and fraud claims WITH PREJUDICE.  Ms. Fauley's claims for declaratory and injunctive relief are dependent on her UTPA and fraud claims and are likewise DISMISSED WITH PREJUDICE.  All other pending motions are DENIED AS MOOT.

DATED this   5th   day of November, 2014.

/s/ Michael W. Mosman
MICHAEL W. MOSMAN
United States District Judge